### No. 3.

**STEEL ET AL.** *against* **FISK ET AL.** *Orange,* 1816.

IN an action for breaking and entering a store, and carrying away goods, the defendant pleaded he was inspector of the customs ; and, *as such,* he seized the goods, and the same were condemned in the District Court.

2. As to the breaking and entering the store, he was inspector, &c. and obtained a warrant from a Justice of the Peace, to him directed, as inspector, describing the goods as follows, viz : "several bales of dry goods, calicoes, chintzes, &c. and

other goods, wares, and merchandize;" to which plaintiffs demurred.

Decided by the Court. That the inspector was a seizing officer; that the warrant was well directed to him *as inspector;* that the description in the warrant was sufficiently particular, and that the pleas in bar were sufficient.